# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>JIHOON PARK<br><br>*Defendant(s)* | Case No. 1:25-MJ-242<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 2019 - August 2024 in the city/county of Fairfax in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud |

This criminal complaint is based on these facts:

SEE AFFIDAVIT.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Zachary H. Ray, AUSA
*Printed name and title*

*Complainant's signature*

Samantha Wendt, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: 04/15/2025

*William E. Fitzpatrick*
*Judge's signature*

City and state: Alexandria, VA

Hon. William E. Fitzpatrick, U.S. Magistrate Judge
*Printed name and title*